LAW OFFICES OF JULIA M. YOUNG
JULIA M. YOUNG, SBN 225077
3017 Douglas Blvd., Suite 300
Roseville, CA 95661
Tel: (916) 296-0786
Fax: (916) 784-3855
juliayoung21@hotmail.com

Attorney for Plaintiff
GORDON DALE MEADOR

**FILED**

MAY 2 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR, | Case No.:S-11-3342 LLK GGH |
| Plaintiff, | [~~PROPOSED~~] ORDER TO SEAL THE DECLARATION OF JULIA M. YOUNG PURSUANT TO FED. R. CIV. P. 5.2, 26 AND LOCAL RULE 141 |
| vs. | |
| M. HAMMER, ET AL. | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby granted that the Declaration of Julia M. Young be sealed pursuant to Fed. R. Civ. P. 5.2 and 26, and Local Rule 141.

IT IS SO ORDERED

Date: May 22, 2012

By: _____
GREGORY G. HOLLOWS
Hon. Gregory G. Hollows
United States Magistrate

1