IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON D. MEADOR,

    Plaintiff,                    No. 2:11-cv-3342 LKK AC P

    vs.

M. HAMMER, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding with counsel, seeks relief pursuant to 42 U.S.C. § 1983. Defendants, on August 23, 2012, filed a motion to dismiss for failure to exhaust administrative remedies, to which plaintiff filed an opposition on October 28, 2012, after which defendants filed their reply on November 9, 2012.[1] However, because plaintiff is being represented by counsel, the provisions of L.R. 230(l) are no longer applicable in this case. Instead, the other provisions of L.R. 230 must be applied. L.R. 230(b) provides that "[e]xcept as otherwise provided by these Rules or as ordered or allowed by the Court, all motions shall be

---

[1] Plaintiff was granted two extensions of time to file the opposition and defendants were granted an extension of time to file a reply. See Orders, filed on September 18, 2012, October 18, 2012 and November 8, 2012.

1

noticed on the motion calendar of the assigned Judge or Magistrate Judge."

        Accordingly, IT IS HEREBY ORDERED that, while no further briefing from the parties is required at this time, counsel for defendants must set this matter for hearing on this court's law and motion calendar by contacting the courtroom deputy, Valerie Callen, at (916) 930-4199.

DATED: November 28, 2012

                                                      _____/s/_____
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE

AC:009
mead3342.ord5