KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants
Hammer, Shaw and Asad*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GORDON D. MEADOR,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**M. HAMMER, et al.,**<br><br>                    Defendants. | 2:11-cv-3342 LKK AC<br><br>**(PROPOSED) ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge:         The Honorable Allison Claire<br>Trial Date:    Not Set<br>Action Filed:  December 16, 2011 |

Based on the stipulation of the parties, and good cause appearing therefore, the Court Orders that the Discovery and Scheduling Order (ECF No. 67) be modified such that the deadline to complete discovery and to file discovery Motions is extended to December 20, 2013, and that the deadline to file dispositive Motions is extended to April 9, 2014.

Dated: November 1, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2012104359
31820664.doc

1

(PROPOSED) ORDER MODIFYING SCHEDULING ORDER  (2:11-cv-3342 LKK AC)