**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
300 Harding Blvd., Suite 214
Roseville, CA 95678
Tel: (916) 296-0786
Fax: (916) 914-1997
*juliayoung21@hotmail.com*

Attorney for Plaintiff
GORDON DALE MEADOR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR, | Case No.: 2:11-CV-03342 |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE DATE OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| M. HAMMER, et al., | |
| Defendants. | |

GOOD CAUSE APPEARANCE, it is hereby Ordered that the Motion for Summary Judgment currently scheduled for May 14, 2014, at 10:00 a.m. be continued to June 18, 2014, at 10:00. Counsel for plaintiff to have opposition filed 14 days prior to June 18, 2014.

IT IS SO ORDERED

Date: April 29, 2014                   _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE