UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR,<br><br>         Plaintiff,<br><br>     v.<br><br>M. HAMMER, et al.,<br><br>         Defendants. | No.  2:11:cv-3342 LKK AC P<br><br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with retained counsel, who seeks relief in a civil rights action.  This case is governed by the provisions of Local Rule 230, other than L.R. 230(l).  ECF No. 59.  A hearing on defendants' April 8, 2014 motion for summary judgment (ECF No. 72) has been scheduled for June 18, 2014 on the law and motion calendar of the undersigned.  However, the court's review of the moving and opposition papers reveals that plaintiff is not in compliance with certain of the applicable Local Rules.  Plaintiff has not reproduced the facts set forth in defendants' statement of undisputed facts, admitting those facts that are undisputed and denying "those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial" in accordance with L.R. 260(b).  Plaintiff has also included exhibits in the form of deposition testimony without having submitted the entire deposition from

which the testimony comes, as required by L.R. 133(j).  <u>See also</u>, L.R. 250.1(a).

The June 18, 2014 hearing on defendants' motion for summary judgment (ECF No. 72) is hereby VACATED and RE-SET for July 2, 2014 at 10:00 a.m. before the undersigned.  No later than June 25, 2014, plaintiff shall produce the documents referenced above and may also file a Statement of Disputed Facts in compliance with Local Rule 260(b).

IT IS SO ORDERED.

DATED: June 16, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2