UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON D. MEADOR, | No. 2:11:cv-3342 LKK AC P |
| Plaintiff, | |
| v. | |
| M. HAMMER, et al., | ORDER |
| Defendants. | |

Plaintiff is a state prisoner proceeding with retained counsel who seeks relief in a civil rights action. Pending before the court is defendant's motion for summary judgment (ECF No. 72). Plaintiff has now provided the response required by this court's recent orders (ECF Nos. 77, 79). See ECF Nos. 80, 81. Having reviewed plaintiff's submissions, including the response to defendants' statement of undisputed facts and the declaration of plaintiff's counsel, the court hereby discharges the order to show cause. Sanctions will not be imposed.

The court has determined that the matter shall be submitted upon the record and briefs on file. Accordingly, defendants' motion for summary judgment (ECF No. 72) will not be re-set for hearing.

IT IS SO ORDERED.

DATED: July 1, 2014

_allison Clare_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE