UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON D. MEADOR

   Plaintiff,        No.  2:11-cv-03342 KJM AC P

vs.

M. HAMMER, et al.

   Defendants.     **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

  Gordon D. Meador, inmate # C57959, a necessary and material witness in a settlement conference in this case on November 5, 2015, is confined in Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 26, United States District Courthouse, 501 I Street, Sacramento, California on November 5, 2015, at 9:00 a.m.

  ACCORDINGLY, IT IS ORDERED that:

  1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above for a settlement conference in United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution;

  2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

  3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960:**

  **WE COMMAND** you to produce the inmate named above to participate in a settlement conference before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 9, 2015

                   _____
                   ALLISON CLAIRE
                   UNITED STATES MAGISTRATE JUDGE