UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR, | No. 2:11-cv-3342 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| M. HAMMER, et al., | |
| Defendants. | |

On January 10, 2016, plaintiff filed a motion to re-open this case alleging that his counsel of record had not sent him his portion of the settlement payment pursuant to their agreement. ECF No. 101. The motion was entered on the docket by the Clerk of Court on January 15, 2016. See Docket Entry No. 101. Plaintiff's counsel received the motion after it was entered by the Clerk and filed a notice of request to file a document under seal the same day. ECF No. 102. The request seeks to file a three-page declaration by counsel under seal because it contains information regarding confidential attorney-client communications. Id. The undersigned has reviewed the declaration submitted by counsel and the request to file under seal will be granted. Counsel shall submit the declaration to be filed under seal in accordance with Local Rule 141(e)(2)(i). Furthermore, based on counsel's representation that plaintiff was sent a check for his portion of the settlement payment on January 11, 2016, and that the money will be available to plaintiff once the check has been processed by the prison, plaintiff's motion to re-open the case

1

will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel's request to file her three-page declaration under seal (ECF No. 102) is granted.

2. Plaintiff's motion to re-open the case (ECF No. 101) is denied as moot.

DATED: January 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE